Vinesign Document ID: 8A6E5ABE-00F2-446F-88A7-98DEFA3EB5EC


Henry B. LaTorraca, Esq., SBN
LAW OFFICE OF HENRY B. LATORRACA
4508 Atlantic Avenue;
Suite A; Pmb 1209
Long Beach, CA 90807-1521
Tel.: (562) 534-2594

Attorney for Plaintiff
**LETICIA "LETTY" RIOS**

Christopher Banks, Esq., SBN
Kimberley Johnson, Esq., SBN
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Tel.: (415) 986-2800
Fax: (415) 986-2827

Attorneys for Defendant
**DELTA LIGHT, N.V.**

Kristin A. Kameen, Esq., SBN 292574
Kendall N. Garald, Esq., SBN 351773
**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**
11622 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: (858) 755-8500
Facsimile: (858) 755-8504

Attorneys for Defendants
**DELTA LIGHT GROUP NORTH AMERICA and LF ILLUMINATION, LLC**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LETICIA "LETTY" RIOS,<br><br>Plaintiff,<br><br>v.<br><br>DELTA LIGHT, N.V., a Belgian public limited company; DELTA LIGHT GROUP NORTH AMERICA, an unknown entity, organization, association, or partnership; LF ILLUMINATION, LLC, a Delaware limited liability company; and DOES 1-100,<br><br>Defendants. | CASE NO.: 2:25-cv-10519-ODW-AJR<br><br>**JOINT REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Courtroom: 5D<br>District Judge: Hon. Otis D. Wright, II<br>Magistrate Judge: Hon. A. Joel Richlin<br>Complaint Filed: June 4, 2025<br>Removal Filed: October 31, 2025<br>Trial Date: June 8, 2027 |


The signed document can be validated at https://app.vinesign.com/Verify

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate and jointly request that the above-captioned action, including all claims and causes of action asserted therein, is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**LAW OFFICE OF HENRY B. LATORRACA**

Dated: 07/29/2026 By: Henry B. LaTorraca

Henry B. LaTorraca, Esq.
**Attorney for Plaintiff**
**LETICIA "LETTY" RIOS**

**CROWELL & MORING LLP**

Dated: 08/06/2026 By: Christopher Banks

Christopher Banks, Esq.
Kimberley Johnson, Esq.
**Attorneys for Defendant**
**DELTA LIGHT, N.V.**

**PETTIT KOHN INGRASSIA LUTZ & DOLIN PC**

Dated: 08 / 06 / 2026 By:

Kristin A. Kameen, Esq.
Kendall N. Garald, Esq.
Attorneys for Defendants
**DELTA LIGHT GROUP NORTH AMERICA and**
**LF ILLUMINATION, LLC**